

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2021

YAAKOV SAKS ▲ ▪ *
JUDAH STEIN ▲ ▪
ELIYAHU BABAD ▲ ▪
RAPHAEL DEUTSCH ^
DAVID FORCE ▲
NAKICHA JOSEPH ▲
MARK ROZENBERG ▪
KENNETH WILLARD ▲ ▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

**MEMO ENDORSED**

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

January 25, 2021

**Via CM/ECF**
The Honorable Valerie Caproni
United States District Court
Southern District of New York

    Re:    **Monegro v. D Artagnan, Inc.**
               **Case #: 1:20-cv-7826**

Dear Judge Caproni:

    We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for January 29, 2021, at 10:00am be adjourned or canceled. Despite being served on October 23, 2020, Defendant has not made contact with Plaintiff. Plaintiff respectfully requests leave of the Court in order to file his motion for default.

    This is the first request for an adjournment.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                                        Respectfully submitted,

                                                        *s/ Mark Rozenberg*
                                                        Mark Rozenberg, Esq.

cc:    All Counsel of Record via ECF

The January 29, 2021 IPTC is ADJOURNED until **February 12, 2021**. Plaintiff must serve a copy of this order on Defendant not later than **February 1, 2021**, and file an affidavit of service on ECF not later than **February 3, 2021**. If counsel for Defendant fails to enter an appearance on the docket by **February 5, 2021**, the Court will cancel the February 12, 2021 IPTC, and Plaintiff must apply for a default judgment in accordance with this Court's Individual Practices not later than **February 19, 2021**.

SO ORDERED.

*Valerie Caproni*   1/25/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE