

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D +1 212 768 6821

Dentons US LLP 1221
Avenue of the Americas
New York, NY 10020-1089
United States

••  Salans FMC SNR Denton McKenna Long
dentons.com

# MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2021
```

February 4, 2021

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Monegro v. D'Artagnan, Inc.:* Case No. 1:20-cv-07826-VEC

Dear Judge Caproni:

We represent defendant D'Artagnan, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from February 4, 2021 to March 22, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)

The February 12, 2021 IPTC and Defendant's time to respond to the complaint are ADJOURNED to **April 2, 2021**. Not later than **March 25, 2021**, either the parties must submit a stipulation of voluntary dismissal or notice of settlement, or the parties must file a joint letter and proposed Case Management Plan in advance of the April 2, 2021 IPTC.

SO ORDERED.

*[signature]*   2/4/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE